UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Momentum Commercial Funding, LLC, | No. 2:21-cv-00981-KJM-KJN |
| Plaintiff, | ORDER |
| v. | |
| Project Storm, et al., | |
| Defendants. | |

In July 2021, the clerk's office entered default against defendants. ECF No. 9. On October 1, 2021, the court noted the plaintiff had not taken further steps to complete this litigation and ordered plaintiff to file either a declaration as to the status of this case, or a motion for default. ECF No. 10. On October 4, plaintiff's counsel filed a declaration informing the court that a Motion for Default Judgment would be filed within 7 to 10 days. To date, no motion has been filed.

The court orders plaintiff to show cause within fourteen days of this order why this case should not be dismissed and closed for lack of prosecution under Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

DATED: October 19, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE