1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MOMENTUM COMMERCIAL                    No.  2:21–cv–0981–KJM–KJN PS
     FUNDING, LLC,
12                                          ORDER
                     Plaintiff,
13                                          (ECF Nos. 14, 20)

14          v.

15   PROJECT STORM, LLC; VICTOR D.
     CARRANZA,
16
                     Defendants.
17

18          On July 19, 2022, the magistrate judge filed findings and recommendations (ECF No. 20),

19   which were served on all parties who have appeared and which contained notice that any

20   objections to the findings and recommendations were to be filed within fourteen (14) days.[1]  No

21   objections were filed.

22          The court presumes that any findings of fact are correct.  *See Orand v. United States*,

23   602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed

24   de novo.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law

25   by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

26   /////

27   _____

28   [1] Plaintiff was ordered to serve a copy of the findings and recommendations on defendants (who
     never filed an appearance in this action) at their last-known address.  (ECF No. 20 at 18.)

                                                  1

1  . . . .").  Having reviewed the file, the court finds the findings and recommendations to be

2  supported by the record and by the proper analysis.

3       The court has reviewed the applicable legal standards and, good cause appearing,

4  concludes that it is appropriate to adopt the findings and recommendations in full.  Accordingly,

5  IT IS HEREBY ORDERED that:

6      1.  The findings and recommendations (ECF No. 20) are ADOPTED IN FULL;

7      2.  Plaintiff's motion for default judgment (ECF No. 14) is GRANTED;

8      3.  Judgment in the amount of $160,232.14 is hereby entered in favor of plaintiff and against

9         defendants Project Storm, LLC, and Victor Carranza, jointly and severally;

10      4.  Plaintiff shall apply the proceeds from the sale or other disposition of the subject

11         Equipment to the above amount and submit a partial satisfaction of judgment, reducing

12         the defendants' indebtedness under the judgment;

13      5.  Plaintiff is awarded attorneys' fees and costs in the amount of $9,946.73, to be paid by

14         defendants Project Storm, LLC, and Victor Carranza, jointly and severally; and

15      6.  The Clerk of Court is directed to close this case.

16  DATED:  August 18, 2022.

17

18                                  _____

19                           CHIEF UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28